UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAD MOBILE, INC.,

    Plaintiff,

v.

MEIJER GREAT LAKES LIMITED
PARTNERSHIP,

    Defendant.

_____/

CASE No. 1:23-cv-1020

HON. ROBERT J. JONKER

## JUDGMENT

In accordance with the Order issued this date:

**IT IS ORDERED THAT** Judgment enter dismissing Mad Mobile's action without prejudice to proceedings in arbitration.

Dated:   November 15, 2023             /s/ Robert J. Jonker
                                                             ROBERT J. JONKER
                                                             UNITED STATES DISTRICT JUDGE